PROB 12B
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
NOV 16 2005
JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Toney August Schomer          Case Number: 2:02CR00178-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 1/9/2003          Type of Supervision:    Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)          Date Supervision Commenced: 11/10/2005

Original Sentence: Prison - 37 Months; TSR - 36 Months          Date Supervision Expires: 11/09/2008

## PETITIONING THE COURT

**Amended Special Condition #18:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. Urinalysis testing shall not exceed more than six (6) per month.

### CAUSE

Based on the Ninth Circuit Court of Appeals case, Stephens versus the United States, the above offender agreed to the above amended modification which includes up to six urinalysis per month.

Respectfully submitted,

by /s/ _____
Missy K. Kolbe
U.S. Probation Officer
Date: November 14, 2005

## THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

Nov 16 '05
_____
Date

✥PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Amended Special Condition 18:** You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer. Urinalysis testing shall not exceed more than six (6) per month.

Witness: _____  Signed: _____
            Missy K. Kolbe                                         Toney August Schomer
           U.S. Probation Officer                            Probationer or Supervised Releasee

                                   November 14, 2005
                                            Date