PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 1 2 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Toney August Schomer          Case Number: 2:02CR00178-001

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen

Date of Original Sentence: 01/9/2003          Type of Supervision: Supervised Release

Original Offense: Felon in Possession of a Firearm, 18 U.S.C. § 922(g)(1)          Date Supervision Commenced: 11/10/2005

Original Sentence: Prison - 37 months; TSR - 36 months          Date Supervision Expires: 11/09/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 and 2 | **Special Condition # 18:** You shall abstain from the use of illegal controlled substances, and shall submit to testing, as directed by the supervising probation officer. Urinalysis shall not exceed more than six (6) per month. |
| | **Supporting Evidence:** Toney Schomer is considered in violation of his supervised release in the Eastern District of Washington by failing to report for required urinalysis testing as instructed on November 23 and December 6, 2005. |

**U.S. Probation Officer Action:**

Mr. Schomer had been warned after missing the required urinalysis on November 23, 2005, that any other missed urinalysis would result in the probation office's request for Court action.

Mr. Schomer met with this probation officer on December 7, 2005, and admitted he failed to report for required urinalysis testing. As of this meeting, he had not made contact with New Horizons treatment center, despite being directed to do so during an intake appointment with the undersigned officer on November 14, 2005. The probation officer scheduled an appointment for him with New Horizons on December 20, 2005 at 12:30 p.m.

Mr. Schomer was referred to mental health treatment with Carl Greenberg, mental health therapist contracted with Betty McQuirk. Mr. Schomer met with Mr. Greenberg for their first appointment on December 6, 2005. During this meeting, Mr. Schomer told Mr. Greenberg that he was not interested in engaging in treatment services.

Prob12A
**Re: Schomer, Toney August**
December 7, 2005
Page 2

However, on December 7, 2005, Mr. Schomer advised the probation office he had developed an improved perspective, and he was interested in availing himself to substance abuse or mental health services. If he fails to comply with these community-based programs, the Court will be notified.

Respectfully submitted,

by _____
Missy K. Kolbe
U.S. Probation Officer
Date: December 7, 2005

---

[ ] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[X] Other  *Agree - No Action Now*

_____
Signature of Judicial Officer

Dec 12 '05
Date